**E. MARSHALL HODGKINS #76796**
**ATTORNEY AT LAW**
**1186 W. SHAW, STE. 103**
**FRESNO, CA 93711**
**emhlaw@aol.com**
**TELEPHONE: 559-248-0900**
**FACSIMILE:   559-248-0901**

Attorney for Defendant, ARLENE J. MOJARDIN

# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| THE UNITED STATES OF AMERICA, | Case No.: 1:12-CR-00213 AWI-DLB |
| Plaintiff, | **WAIVER OF APPEARANCE AND ORDER THEREON** |
| V. | |
| ARLENE J. MOJARDIN | DATE: November 13, 2012 |
| Defendants. | TIME: 1:00 p.m. |
| | PLACE: Honorable Dennis L. Beck |

    Defendant, ARLENE J. MOJARDIN, hereby waives her right to be present in open court upon the hearing presently set for November 13, 2012 at 1:00 p.m. in Courtroom Three of the above entitled court.

    Defendant hereby requests the court proceed during every absence of which the court may permit pursuant to this waiver; agrees that her interests will be deemed represented at all times by the presence of her attorney, E. MARSHALL HODGKINS, the same as if the defendant was personally present; and further agrees to be present in person in court ready for trial any day and hour the court may fix in her absence.

1

Defendant further acknowledges that she has been informed of their rights under Title 18, United States Code, Section 3161-3174 (Speedy Trial Act), and authorizes their attorney to set times and delays under the Act without the defendant being present.

Dated: _____                                  _____
                                                          ARLENE J. MOJARDIN
                                                          Defendant


                                                          Respectfully submitted,


Dated: _____                                  __/s/ E. Marshall Hodgkins__
                                                          E. MARSHALL HODGKINS
                                                          Attorney for Defendant
                                                          ARLENE J. MOJARDIN

**ORDER**

IT IS HEREBY ORDERED that Defendant ARLENE J. MOJARDIN is hereby excused from appearing at the court hearing scheduled for November 13, 2012 at 1:00 p.m.

IT IS SO ORDERED.

Dated:   **October 26, 2012**                    /s/ *Dennis L. Beck*
                                         UNITED STATES MAGISTRATE JUDGE