BENJAMIN B. WAGNER
United States Attorney
KIRK E. SHERRIFF
HENRY Z. CARBAJAL III
Assistant United States Attorneys
2500 Tulare Street, Suite 4401
Fresno, CA 93721
Telephone: (559) 497-4000
Facsimile: (559) 497-4099

Attorneys for the
United States of America

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>          Plaintiff,<br><br>v.<br><br>ARLENE JEANETTE MOJARDIN,<br><br>          Defendants. | CASE NO.  1:12-cr-00213 AWI-BAM<br><br>STIPULATION AND ORDER RESETTING RESTITUTION HEARING AND EXTENDING SURRENDER DATE<br><br>Old Date:   July 27, 2015<br>Old Time:   10:00 a.m.<br><br>**New Date: August 10, 2015**<br>**New Time: 10:00 a.m.**<br>**Court:       Two**<br>              **(Hon. Anthony W. Ishii)** |

**STIPULATION**

The United States of America, by and through its counsel of record, and defendant, by and through her counsel of record, hereby stipulate as follows:

1. Defendant Arlene Jeanette Mojardin was sentenced by the Court on May 18, 2015, following conviction after a guilty plea for one count of conspiracy to commit bank fraud, mail fraud and wire fraud (18 U.S.C. § 1349).

2. Pursuant to 18 U.S.C. § 3664(d)(5), the Court set a hearing on restitution to determine victims' losses as to defendant Mojardin for July 27, 2015 at 10:00 a.m.

1

3.     The parties are still attempting to determine whether they can reach an agreement and stipulation as to the restitution amount owed by the defendant and request additional time to address this issue.  The parties thus request that the restitution hearing for defendant Mojardin be reset to August 10, 2015 at 10:00 a.m.  The defendant agrees that there is no prejudice to her from the continuance.  The parties agree that the continuance will conserve time and resources for the parties and the Court.

4.     The new restitution hearing date of August 10, 2015 will still satisfy the requirement of 18 U.S.C. § 3664(d)(5), requiring a determination of victim's losses "not to exceed 90 days after sentencing."

5.     At defendant Mojardin's sentencing hearing, the Court ordered the defendant to self-surrender to the designated Bureau of Prisons facility, or to the U.S. Marshal if no facility has been designated, on July 27, 2015 by 2:00 p.m.  (Dkt. No. 233).

6.     Defendant Mojardin requests a continuance of her self-surrender date to August 24, 2015, by 2:00 p.m.  The reasons for the request are (1) to allow defendant Mojardin to attend her continued restitution hearing, if the parties do not reach an agreement in advance of the hearing, and (2) to allow defendant Mojardin to attend to the medical needs of one of her children.  The government does not oppose the defendant's request for a continuance of her surrender date.

7.     Thus, the parties stipulate that defendant Mojardin's surrender date of July 27, 2015, should be continued to August 24, 2015, by 2:00 p.m.

IT IS SO STIPULATED.

DATED:     July 22, 2015

/s/ Henry Z. Carbajal III
HENRY Z. CARBAJAL III
KIRK E. SHERRIFF
Assistant United States Attorney

DATED:     July 22, 2015     /s/ E. Marshall Hodgkins
E. MARSHALL HODGKINS
Counsel for Defendant
ARLENE JEANETTE MOJARDIN

2

**O R D E R**

The issue of the amount and apportionment of restitution as to defendant Mojardin shall be resolved at or before a restitution hearing on **August 10, 2015 at 10:00 a.m.** Defendant Mojardin's surrender date of July 27, 2015, is continued to August 24, 2015, by 2:00 p.m.

IT IS SO ORDERED.

Dated:   July 22, 2015

SENIOR DISTRICT JUDGE

3