UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA

M E M O R A N D U M

Honorable Anthony W. Ishii  RE: **Arlene Jeanette Mojardin**
United States District Judge  **Docket Number: 0972 1:12CR00213-005**
Senior United States District Judge  **FIREARM STORED AT**
Fresno, California  **OFFENDER'S RESIDENCE**

Your Honor:

On May 18, 2015, the offender was convicted of a violation of Title 18 U.S.C., Section 1349, Conspiracy to Commit Bank Fraud, Mail Fraud, and Wire Fraud, (Class B Felony). She was sentenced to:

☒ "30 months custody of the Bureau of Prisons and Supervised Release for a period of 5 years."

The felony conviction prohibits the offender from possessing a firearm. As such, and for officer safety reasons, it is customary for the probation office to preclude offenders from residing any place where a firearm is stored. In the instant case, the offender resides with her husband Jesse Mojardin (resident) who is employed by the California Department of Corrections and Rehabilitation and has a has a ranking of Sergeant (verified). He has requested permission to maintain his firearm (Glock 19 number HYH788) at his residence. This case is viewed as an exception to the probation office's prohibition of offenders residing where a firearm is stored.

The offender has no criminal history involving firearms or violence, the firearm will be secured by Mr. Jesse Mojardin (resident) and the offender will not have access to the weapon. This will also alleviate the probation officer's concern for safety. Furthermore, the offender has no other viable residence and if forced to move, it would greatly diminish the likelihood for her success.

1

RE:   Arlene Jeanette Mojardin
      Docket Number:   0972 1:12CR00213-005
      <u>**FIREARM STORED AT OFFENDER'S RESIDENCE**</u>

The firearm will be stored in a safe and Jesse Mojardin (resident) has vowed to immediately notify the probation officer should, at any time, the weapon be unaccounted for.

Since the offender will not have constructive possession and in light of the discussion herein, the probation officer plans to allow the offender to remain at her current residence, even though a firearm is stored on the premises.

                    Respectfully submitted,


                    /s/ Jose Figueroa
                    Jose Figueroa
                    **United States Probation Officer**

Dated:   August 24, 2017
         Bakersfield, California

         */s/ Lonnie E. Stockton*


**REVIEWED BY:**    Lonnie E. Stockton
                    **Supervising United States Probation Officer**

RE: Arlene Jeanette Mojardin
Docket Number: 0972 1:12CR00213-005
**FIREARM STORED AT OFFENDER'S RESIDENCE**

## ORDER OF THE COURT

**THE COURT ORDERS:**

☒ Approves the probation officer's plan to allow offender to reside where a firearm is stored.

☐ Disapproves the probation officer's plan. The offender may not reside where a firearm is store.

☐ Other:

IT IS SO ORDERED.

Dated: August 25, 2017          _____
                                 SENIOR DISTRICT JUDGE

3