McGREGOR W. SCOTT
United States Attorney
KIRK E. SHERRIFF
HENRY Z. CARBAJAL III
Assistant United States Attorneys
2500 Tulare Street, Suite 4401
Fresno, CA 93721
Telephone: (559) 497-4000
Facsimile: (559) 497-4099

Attorneys for the
United States of America

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | CASE NO. 1:12-cr-00213- AWI-BAM |
|---|---|
| Plaintiff, | ORDER RE CORRECTION OF JUDGMENT AS TO ARLENE J. MOJARDIN |
| v. | |
| ARLENE JEANETTE MOJARDIN, | |
| Defendant. | |

This matter came before the Court on the United States' request to correct the first amended judgment as to defendant Arlene Jeanette Mojardin (Docs. 254, 254-1) to reflect that FHLMC (Freddie Mac) is the correct restitution payee as to the "130 8th St." and "134 8th St." properties. Pursuant to Rule 36 of the Federal Rules of Criminal Procedure, and for good cause shown, the Court hereby corrects the first amended judgment entered Aug. 12, 2015 (Docs. 254, 254-1), and orders that the $530,735.71 in restitution previously ordered as to these properties is payable to FHLMC (Freddie Mac), 8200 Jones Branch Drive, MS 202, McLean, VA 22102. This Order does not otherwise modify the judgment or restitution ordered in this case.

IT IS SO ORDERED.

Dated: __April 24, 2018__         _____
                                    SENIOR DISTRICT JUDGE

1